# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| SKY SCHELLE | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:23cv116 |
| City of Piqua, et al. | ) |
| *Defendant* | ) |

FILED
RICHARD W. NAGEL
CLERK OF COURT

10/8/2024

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion for Summary Judgment is SUSTAINED; Judgement in favor of Defendants and against Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Walter H. Rice on a Motion for Summary Judgment filed on August 9, 2024.

Date: 8 October 2024

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*